IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

CHARLES MITCHELL,     No. CV 10-660-MO

        Plaintiff,     ORDER

        v.

COMMISSIONER of Social Security,

        Defendant.

**MOSMAN, J.,**

        Attorney fees in the amount of $1,345.73 are hereby awarded pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). Subject to any offset allowed under the Treasury Offset Program, payment of this award shall be made via check sent to Tim Wilborn's address: P.O. Box 2768, Oregon City, OR 97045.

        DATED this  14th  day of October, 2010.

        /s/ Michael W. Mosman
        MICHAEL W. MOSMAN
        United States District Judge

PAGE 1 - ORDER